UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES C. MCKAY and EILEEN L. MCKAY, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>LAVERN HUELSMANN, *doing business as Senior Retirement Services*, FCB NEW BADEN BANK, GERMANTOWN TRUST AND SAVINGS BANK, TEMPO BANK, CENTRUE BANK, and SCOTTRADE, INC.,<br><br>Defendants. | Case No. 10-cv-89-JPG |

## MEMORANDUM & ORDER

This matter comes before the Court on Plaintiffs' Notice (Doc. 33) of voluntary dismissal without prejudice, which is labeled as a motion for voluntary dismissal. Given the nature of the filing, the Court will be treating it as a notice of voluntary dismissal. Defendant FCB New Baden Bank filed a Response (Doc. 34).

Although Plaintiffs cite Federal Rule of Civil Procedure 41(a)(2) as the basis for dismissal, Rule 41(a)(1)(A)(i) provides a more direct route to the relief sought. Pursuant to Rule 41(a)(1)(A)(i), a plaintiff has an absolute right to dismiss an action without a court order at any time before service by an adverse party of an answer or a motion for summary judgment, whichever first occurs. No defendant has filed an answer or motion for summary judgment in this case.

Accordingly, the Court **DISMISSES without prejudice** all of Plaintiffs' claims in this matter. Further, the Court **DENIES as moot** the pending Motions to Dismiss (Docs. 20, 25).

Finally, the Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: March 10, 2010**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
