UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

JAMES C. MCKAY and EILEEN L. MCKAY, *on behalf of themselves and others similarly situated*,

    Plaintiffs,

    v.

LAVERN HUELSMANN, *doing business as Senior Retirement Services*, FCB NEW BADEN BANK, GERMANTOWN TRUST AND SAVINGS BANK, TEMPO BANK, CENTRUE BANK, and SCOTTRADE, INC.,

    Defendants.

Case No. 10-cv-89-JPG

## JUDGMENT

This matter having come before the Court, and Plaintiffs having filed a notice of dismissal without prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**NANCY J. ROSENSTENGEL, CLERK**

Dated:  March 10, 2010                      s/Brenda K. Lowe, Deputy Clerk

**Approved:**   <u>s/ J. Phil Gilbert</u>
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**